**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS J. DONOGHUE,<br><br>Plaintiff,<br><br>v.<br><br>BOLT PROJECTS HOLDINGS, INC.,<br><br>Nominal Defendant,<br>and<br>GOLDEN ARROW SPONSOR, LLC,<br><br>Defendant. | Case No. 25-CV-5395-PKC |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Dennis J. Donoghue ("Plaintiff") hereby provides notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses and discontinues all claims he has asserted in this litigation, with prejudice, against Defendants. This action is now discontinued and may be closed without costs as to any party.

Dated: November 5, 2025

Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York, NY 10075

David Lopez
LAW OFFICE OF DAVID LOPEZ
171 Edge of Woods Rd. | PO Box 323
Southampton, NY 11968

*Attorneys for Plaintiff Dennis J. Donoghue*